**FORM 8. Entry of Appearance**

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

<u>Estes Express Lines</u>    v.   <u>The United States</u>

No. <u>2016-1298</u>

**ENTRY OF APPEARANCE**

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☑ As counsel for:    <u>Estes Express Lines</u>
                                  Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant
☑ Appellant    ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Robert D. Moseley, Jr. |
| Law firm: | Smith Moore Leatherwood LLP |
| Address: | 2 West Washington Street, Suite 1100 |
| City, State and ZIP: | Greenville, SC 29601 |
| Telephone: | 864-751-7643 |
| Fax #: | 864-751-7800 |
| E-mail address: | rob.moseley@smithmoorelaw.com |

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): <u>May 2, 2012</u>

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes    ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

<u>12/22/15</u>                           <u>s/Robert D. Moseley, Jr.</u>
Date                                Signature of pro se or counsel

cc: <u>Daniel Volk</u>