**U.S. Department of Justice**

Civil Division

REK:MFH:DVolk
DJ No. 154-11-597

Telephone: (202) 353-7955
daniel.b.volk@usdoj.gov

*Washington, DC 20530*

April 19, 2016

Daniel E. O'Toole
Clerk of the Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, N.W.
Washington, D.C. 20439

    Re:    *Notice of Conflict with Argument Dates*

Dear Mr. O'Toole:

    Oral argument has not yet been scheduled in *Estes Express Lines v. United States*, Fed. Cir. No. 16-1298. Counsel of record for defendant-appellee expects to be out of town and unavailable for argument from July 5th through July 8th, 2016, and therefore respectfully requests that argument not be scheduled for July 2016. Appellee's counsel has no conflicts with the June or August 2016 argument dates.

                          Sincerely,

                        /s/ Daniel B. Volk
                        DANIEL B. VOLK
                           Trial Attorney
                      Commercial Litigation Branch

cc: Robert D. Moseley, Jr. (by operation of the Court's electronic filing system)